# MOTION FOR EN BANC RECONSIDERATION

## No. 03-16-00089-CV

FILED
October 10, 2016
Third Court of Appeals
Jeffrey D. Kyle
Clerk

IN THE THIRD
COURT OF APPEALS
Austin, Texas

## Seven Thousand Eight Hundred and Twenty-Six Dollars and zero cents in U.S. Currency

V.

## State of Texas

On appeal from the 331st Judicial District
Court of Travis County, Texas

James Walker's Motion for En Banc
Reconsideration, submitted by: James Walker
PRO SE
#1536077
3614 Bill Price Rd
Del Valle, TX 78617

To The Honorable Court of Appeals:

James Walker, Appellant, files the following
Motion for En Banc Reconsideration:

1.

RECEIVED
OCT 1 0 2016
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## POINTS RELIED ON FOR EN BANC RECONSIDERATION

The Court of Appeals ruled that Walker may not complain of the trial court overruling Walker's Motion for New Trial because of Walker's failure to bring his Motion for New Trial to the attention of the trial judge. This holding is in error because:

1. The Court's opinion will create confusion in that it appears to reinstate the "presentment" requirement that was removed from R.329(b) of the Tex. R. Civ. P. in 1981;

2. The Court's opinion will create confusion in that it appears to conflict with a prior similar case from the same court;

3. The Court's opinion will create confusion in that it appears to conflict with Texas Supreme Court precedent.

2.

# ARGUMENT

Regarding Point 1, prior to 1981 there was a "presentment" requirement contained within Rule 329(b), expressly requiring any proponent of a Motion for New Trial to "present" said Motion to the trial court. That presentment requirement was removed from Rule 329(b) in 1981 by the Texas Supreme Court. Cecil v. Smith 804 S.W. 2d 509, 511 n.3 (Tex. 1991). The court in the present case appears to implicitly adopt the pre-1981 version of Rule 329(b) by requiring presentment of a Motion for New Trial.

Regarding Point 2, the court of appeals relied primarily on two (2) cases in its ruling. The first case is Truong v. Rose, no. 03-99-00740-CV, 2000 WL 1125245 at *1 (Tex. App. - Austin, Aug. 10, 2000, no pet.). The Truong case is unpublished and provides no precedent value. Tex. R. App. P. 47.7. See also Ortega v. City Nat'l Bank 97 S.W. 3d 765, 773 n.7 (Tex. App - Corpus Christi 2003, no pet.). The second case is Shamrock Roofing Supply, Inc v. Mercantile Nat'l Bank 703 S.W. 2d 356 (Tex. App. - Dallas 1985, no writ). The Shamrock case (and its progeny) was questioned by this court in Limestone Constr., Inc. v. Summit

3

Commercial Indus. Props., Inc. 143 S.W. 3d 538 (Tex. App.-Austin 2004, no pet.). Appellant acknowledges that Limestone dealt with a post-answer summary judgment with no notice (and thus a "due process" rather than "equitable" analysis), but the court nonetheless declined to embrace Shamrock and questioned it by citing whether Shamrock's "presentment" mandate comports with Texas Supreme Court precedent. Limestone at 546 n.15, citing Strackbein v. Prewitt 671 S.W. 2d 37 (Tex. 1984).

Regarding Point 3, this court's opinion appears to conflict with Texas Supreme Court precedent. In Strackbein, the Court stated that "It is sufficient that the movant's motion and affidavits set forth facts which, if true, would negate intentional or consciously indifferent conduct". Strackbein at 38. In Cecil, the Supreme Court, in referring to Rule 329 (b) of the Tex. R. Civ. P., stated that the "... 1981 amendments to Rule 329 (b) eliminated that Rule's former requirement that a movant call a motion for new trial to the trial court's attention." Cecil at 511, n.3.

4.

For these reasons, Walker requests that this court grant his Motion for En Banc Reconsideration, withdraw its prior opinion and judgment, and issue an opinion and judgment reversing the trial court and granting Walker a new trial. Walker also requests any other relief to which he may be entitled.

Respectfully Submitted,

James Walker
PRO SE
#1536077
3614 Bill Price Rd
Del Valle, TX 78617

## Certificate of Service

The undersigned certifies that a copy of this Motion for En Banc Reconsideration was sent via U.S. mail to Scott Taliaferro of the Travis County District Attorney's office at P.O. Box 1748, Austin, TX 78767 on the 1 day of October, 2016.

James Walker

5.

Court Clerk
3d Court of Appeals
P.O. Box 12547
Austin, TX 78211

10-7-16

Re: 03-16-00089-CV

Sirs,
Enclosed please find Appellant's Motion for
En Banc Reconsideration. A copy has been
forwarded to State's counsel.

Sincerely

James Walker
PRO SE
#1536077
3614 Bill Price Rd
Del Valle, TX 78617

RECEIVED
OCT 10 2016
THIRD COURT OF APPEALS
JEFFREY D. KYLE

James Walker
1536077
2614 Bill Price Rd
Del Valle, Tx 78617

AUSTIN TX 787
RIO GRANDE DISTRICT
07 OCT 2016 PM 4 L

FOREVER
USA

Court Clerk
3Q Court of Appeals
P.O. Box 12547
Austin, Tx 78711

78711-254747